Bernice E. Meehan, Respondent, v. James McCloy et al., Appellants.—

All concur.